UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of Presidio, Inc., Applicant pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding. | Case No. 20-mc-80107-NC<br><br>**ORDER DISMISSING CASE** |

Presidio, Inc. filed an ex parte application for an order under 28 U.S.C. § 1782 granting leave to obtain discovery for use in a foreign proceeding. Dkt. No. 1. The Court denied the application and granted Presidio leave to file an amended application by July 15, 2020. Dkt. No. 6. The Court warned that if a new application was not filed by that date, the case would be dismissed. *Id*. No renewed application has been filed. Accordingly, the Court hereby DISMISSES this case. Presidio may file an objection to this dismissal, which will be determined by a District Court Judge, within 14 days.

**IT IS SO ORDERED.**

Dated: September 11, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge